FILED

2017 SEP 28 PM 1:45

U.S. MAGISTRATE JUDGE

BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON, and<br>RANDY HUMPHREY,<br><br>Defendants. | Magistrate No. 2:17-mj-0947-PAL<br><br>ORDER TO SEAL<br><br>(Filed Under Seal) |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 28th day of September, 2017.

_____
United States Magistrate Judge

3