```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        MAY 08 2018

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00947-2-PAL |
| Plaintiff, | ORDER |
| v. | |
| RANDY HUMPHREY, | |
| Defendant. | |

Before this court for review is Defendant Randy Humphrey's Motion to Withdraw as Counsel (docs. 31, 32).

The court having held a hearing on the motion and good cause appearing it is hereby GRANTED.

IT IS FURTHER ORDERED that BRIAN J. SMITH, ESQ. is appointed as counsel in place of D. Matthew Lay for all future proceedings.

Mr. Lay shall forward the file to Mr .Smith forthwith.

DATED this 8th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE